FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT -3  PM 4: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNAN TEMPLE #103483           CIVIL ACTION

VERSUS                          NO. 05-1400

N BURL CAIN WARDEN              SECTION "C" (6)

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s):

_Petitioner has not made a substantial showing of the denial of a constitutional right_

Date: 10/3/05

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____